**Order entered June 6, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00392-CV

### CAROL S. ABLON, ET AL., Appellants

### V.

### WILLIAM NEAL ABLON, Appellee

**On Appeal from the 162nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-11-14902-I**

## ORDER

Before the Court is the parties' June 3, 2013 agreed motion to abate this accelerated appeal pending settlement negotiations. The parties request that the appeal be abated for ninety days. We **GRANT** the motion **to the extent** that we **ABATE** the appeal for forty-five days. The appeal will be reinstated when the Court receives a motion to dismiss the appeal or in forty-five days from the date of this order, whichever occurs sooner.

/s/     CAROLYN WRIGHT
        CHIEF JUSTICE